IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 16-05066 ESL |
| | * | |
| ROSA ENID TORRES MARTINEZ | * | CHAPTER 7 |
| | * | |
| DEBTOR | * | |

## DEBTOR'S NOTICE OF FILING OF
## _AMENDED SCHEDULE "E/F" OFFICIAL FORM 106E/F_

**TO THE HONORABLE COURT:**

**COMES NOW, ROSA ENID TORRES MARTINEZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting *Amended Schedule "E/F" Official Form 106E/F* dated July 24, 2017, herewith and attached to this motion.

2. This amendment to Schedule "E/F" is filed to **include an additional account for originally listed unsecured creditor DTOP PO Box 41259 San Juan PR 00940-1269 Account #x3957/IER464 $435.00; and to include AEE, PO Box 363508 San Juan PR 00936-3508, Acct # x0000, balance $561.46; and AAA PO Box 7066 San Juan PR 00916-7066, Acct #x4530, balance $325.44.**

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedule "E/F"
Case no. 16-05066 ESL7

## CERTIFICATE OF SERVICE

    I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached, specifically to the affected creditors as follows: **DTOP PO Box 41259 San Juan PR 00940-1269 Account #x3957/IER464 $435.00; AEE, PO Box 363508 San Juan PR 00936-3508, Acct # x0000, balance $561.46; and AAA PO Box 7066 San Juan PR 00916-7066, Acct #x4530, balance $325.44.**

    **RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 24th day of July, 2017.

                                              */s/Roberto Figueroa Carrasquillo*
                                              USDC #203614
                                              RFIGUEROA CARRASQUILLO LAW OFFICE PSC
                                              ATTORNEY FOR PETITIONER
                                              PO BOX 186 CAGUAS PR 00726
                                              TEL NO 787-744-7699 FAX 787-746-5294
                                              Email: rfigueroa@rfclawpr.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ROSA | ENID | TORRES MARTINEZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:16-bk-5066

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **Att Services** | Last 4 digits of account number | 5247 | $933.00 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | When was the debt incurred? | 2010-07-15 | |

PO Box 192830
San Juan, PR 00919-2830
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ■ Other. Specify _____

| Debtor 1 | TORRES MARTINEZ, ROSA ENID | Case number (if known) | 3:16-bk-5066 |

**4.2** **Autoridad Acueductos Y Alcantarillados**
Nonpriority Creditor's Name

PO Box 5729
Caguas, PR 00726-5729
Number Street City State Zip Code

Last 4 digits of account number **4530** — **$325.44**

When was the debt incurred? **2004-12**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.3** **Autoridad de Energia Electrica**
Nonpriority Creditor's Name

PO Box 363508
San Juan, PR 00936-3508
Number Street City State Zip Code

Last 4 digits of account number **0000** — **$561.46**

When was the debt incurred? **2017-01**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.4** **Claro**
Nonpriority Creditor's Name

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

Last 4 digits of account number **6974** — **$307.00**

When was the debt incurred? **2015-07-28**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1 TORRES MARTINEZ, ROSA ENID     Case number (if known) 3:16-bk-5066

| 4.5 | Credito Familiar | Last 4 digits of account number | 2763 | $4,034.92 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? 01/15/2015

PO Box 366220
San Juan, PR 00936-6220
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only     ☐ Contingent
☐ Debtor 2 only     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt     ☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes     ■ Other. Specify _____

| 4.6 | DTOP | Last 4 digits of account number | 3957 | $1,225.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

PO Box 41269
San Juan, PR 00940-1269
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only     ☐ Contingent
☐ Debtor 2 only     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt     ☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify:
14949165 $100.00; 14949166 $100.00;
261101155 $50.00; 261101142 $50.00;
261101115 $50.00; 723383 $75.00;
261101051 $50.00; 295001373 $50.00;
295001278 $250.00; 295001020 $50.00;
295000909 $50.00; 14569664 $100.00;
261100610 $250.00;

☐ Yes

Debtor 1   TORRES MARTINEZ, ROSA ENID     Case number (if know)   3:16-bk-5066

| 4.7 | DTOP | Last 4 digits of account number | 3957 | $1,115.00 |

**Nonpriority Creditor's Name**

PO Box 41269
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   719121 $75.00; 295000589 $50.00; 295000562 $50.00; 295000525 $250.00; 295000154 $50.00; 295000052 $50.00; 719399 $75.00; 14169346 $100.00; 33389589 $50.00; 29889908 $50.00; 29889733 $50.00; 660999 $250.00; 17665848 $15.00

| 4.8 | DTOP | Last 4 digits of account number | R464 | $435.00 |

**Nonpriority Creditor's Name**

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?   2014-09/2017-01

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   2150509 $15.00; 21472762 $15.00; 21057335 $15.00; 21057334 $15.00; 20138287 $15.00; 19534830 $15.00; 19534829 $15.00; 768819 $50.00; 18831211 $15.00; 18731958 $15.00; 768102 $50.00; 767567 $50.00; 9903941 $50.00; 6551163 $50.00; 6551162 $50

Debtor 1  TORRES MARTINEZ, ROSA ENID  Case number (if known) 3:16-bk-5066

| 4.9 | Fedloan | Last 4 digits of account number | 0001 | $18,785.00 |

Nonpriority Creditor's Name

PO Box 60610
Harrisburg, PA 17106-0610
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred? 2015-01-20

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.10 | Muebleria La Cidrena | Last 4 digits of account number | | $3,600.00 |

Nonpriority Creditor's Name

Urb Fernandez 18 Cruz Haddock St
Cidra, PR 00739
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.11 | Oasis Fin Sv | Last 4 digits of account number | 0312 | $2,400.00 |

Nonpriority Creditor's Name

275 Lemay Ferry Rd
Saint Louis, MO 63125-1239
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred? 2016-01-30

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1   TORRES MARTINEZ, ROSA ENID     Case number (if known)   3:16-bk-5066

| 4.12 | T-Mobile | Last 4 digits of account number | 7109 | $1,134.00 |

**Nonpriority Creditor's Name**

12920 SE 38th St
Bellevue, WA 98006-1350
Number Street City State Zip Code

When was the debt incurred?   2013-04-13

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.13 | T-Mobile | Last 4 digits of account number | 6469 | $478.00 |

**Nonpriority Creditor's Name**

12920 SE 38th St
Bellevue, WA 98006-1350
Number Street City State Zip Code

When was the debt incurred?   2013-02-19

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Anderson Financial Services of PR DBA Borinquen Title Loans 3440 Preston Ridge Rd Ste 500 Alpharetta, GA 30005-3823 | Line **4.6** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims   ■ Part 2 Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    3957 |
| Anderson Financial Services of PR DBA Borinquen Title Loan 1723 Parana St | Line **4.6** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims   ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    3957 |
| Anderson Financial Services of PR DBA Borinquen Title Loans 3440 Preston Ridge Rd Ste 500 Alpharetta, GA 30005-3823 | Line **4.7** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims   ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    3957 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

| Debtor 1 | TORRES MARTINEZ, ROSA ENID | | Case number (if known) | 3:16-bk-5066 |
|---|---|---|---|---|

| Anderson Financial Services of PR<br>DBA Borinquen Title Loan<br>1723 Parana Street<br>San Juan, PR 00926 | Line **4.7** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number     3957 |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 35,333.82 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 35,333.82 |

Fill in this information to identify your case:

Debtor 1: **ROSA ENID TORRES MARTINEZ**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:16-bk-5066

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Rosa Enid Torres Martinez_
ROSA ENID TORRES MARTINEZ
Signature of Debtor 1

X _____
Signature of Debtor 2

Date July 24, 2017

Date _____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-05066-ESL7<br>District of Puerto Rico<br>Old San Juan<br>Mon Jul 24 10:12:55 AST 2017 | UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Att Services<br>PO Box 192830<br>San Juan, PR 00919-2830 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 |
| Credito Familiar<br>PO Box 366220<br>San Juan, PR 00936-6220 | DTOP<br>PO Box 41269<br>San Juan, PR 00940-1269 | Fedloan<br>PO Box 60610<br>Harrisburg, PA 17106-0610 |
| Gura Coop<br>PO Box 678<br>Gurabo, PR 00778-0678 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of CitiFinancial, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Muebleria La Cidrena<br>Urb Fernandez 18 Cruz Haddock St<br>Cidra, PR 00739 | OASIS FINANCIAL SERVICES<br>PO BOX 1011<br>BAYAMON PR 00960-1011 | Oasis Fin Sv<br>275 Lemay Ferry Rd<br>Saint Louis, MO 63125-1239 |
| Synchrony Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| JOSE RAMON CARRION MORALES<br>CHAPTER 13 TRUSTEE<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | NOREEN WISCOVITCH RENTAS<br>PMB 136<br>400 CALAF STREET<br>SAN JUAN, PR 00918-1314 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | ROSA ENID TORRES MARTINEZ<br>URB VILLA CARMEN<br>P 3 HUMACAO ST<br>CAGUAS, PR 00725-6113 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| T-Mobile<br>12920 SE 38th St<br>Bellevue, WA 98006-1350 | End of Label Matrix<br>Mailable recipients 22<br>Bypassed recipients 0<br>Total 22 |